UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
ACTION NO. 5:23-CV-00047-CRS

TIMOTHY C.                                                                                              PLAINTIFF

v.

KILOLO KIJAKAZI, Acting Commissioner                                                  DEFENDANT
of Social Security

## ORDER

The Magistrate Judge has filed his Report and Recommendation (DN 17), and no objections thereto have been filed. Therefore, the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation (DN 17) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate judgment will be entered this date affirming the denial of disability benefits to Plaintiff.

**IT IS SO ORDERED**.

November 28, 2023

Charles R. Simpson III, Senior Judge
United States District Court